IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

RICHARD H. HUNT,                )

                                )

        Plaintiff,           )    TC-MD 140445N

                                )

    v.                      )

                                )

DESCHUTES COUNTY ASSESSOR,    )

                                )

        Defendant.      )    **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered February 13, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 9:00 a.m. on January 22, 2015, to consider Plaintiff's appeal. On January 6, 2015, the court sent notice of the scheduled case management conference to Plaintiff at the e-mail address Plaintiff provided to the court. The court's notice was not returned as undeliverable. That notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

Plaintiff failed to appear for the scheduled case management conference. On January 22, 2015, the court sent Plaintiff a letter that explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The court's letter advised that if Plaintiff did not provide a written explanation by February 5, 2015, for his failure to appear, the court would dismiss the appeal. Plaintiff telephoned the court on February 3, 2015, and stated that he would send a written response. However, as of this date, Plaintiff has not submitted a written

response to the court's letter explaining his failure to appear. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of March 2015.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within 60 days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Allison R. Boomer on March 2, 2015. The court filed and entered this document on March 2, 2015.*